IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
○ DIVISION

Dalisha Waller & ~~MRW and to MRW~~

D. Waller

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

UM Board of Curators, Ric Ransom, DR
RACHELLE KOOPMAN,
~~President Mun Choi, See Attached~~ Dr. CASSIDY CALLBERO,
Dr. BRETON ~~BARRIER~~ FOSTER, SEE ATTACHED

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

UNI

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

IN THIER INDIVIUAL
& PROFESSIONAL
CAPACITY

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury. ☑ Yes ☐ No

## I. The Parties to This Complaint

### A. ~~The Plaintiff(s)~~ (DEFENDANTS)

*(margin note: DEFENDANT: BRENTON DR BARRIER FOSTER 227 UNIVERSITY HALL COLUMBIA, MO 65211)*

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name RICHARD RANSOM (RIC)
Street Address 227 UNIVERSITY HALL
City and County COLUMBIA, MO BOONE
State and Zip Code 65211
Telephone Number
E-mail Address

### B. The Defendant(s)

*(margin note: PLAINTIFF: DALESHA WALLER ~~CRAWFORD~~ HOLDFEET2FIRE @GMAIL.COM)*

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

*(margin note: DEFENDANTS: DR. CHOKKALINGAM SIVA 227 UNIVERSITY HALL COLUMBIA, MO 65211)*

*(margin note: DEFENDANTS: DR CASSIDY CALLBERO 227 UNIVERSITY HALL COLUMBIA, MO 65211)*

Defendant No. 1

Name UNIVERSITY OF MISSOURI CURATORS
Job or Title (if known)
Street Address 227 UNIVERSITY HALL
City and County COLUMBIA BOONE
State and Zip Code 65201
Telephone Number
E-mail Address (if known)

Defendant No. 2

Name DR. RACHELLE KOOPMAN
Job or Title (if known) 227 UNIVERSITY HALL
Street Address BOONE
City and County COLUMBIA, MO 65211

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only three types of cases can be heard in federal court.  Provide the designated information for this type of case.  *(Check all that apply)*

☑ Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____SEE ATTACHED_____

☐ Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.

_____

_____

_____

☐ Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

A.    The Plaintiff(s)

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

B. The Defendant(s)

1. If the defendant is an individual

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. *Or* is a citizen of
*(foreign nation)* _____.

2. If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

C. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the
defendant(s) owes or the amount at stake----is more than $75,000, not
counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal
arguments. You must include the following information: *see attached*

- What happened to you?

- What injuries did you suffer?

- Who was involved in what happened to you?

Case 2:26-cv-04145-SRB    Document 1-2    Filed 06/26/26    Page 4 of 6

- How were the defendants involved in what happened to you?

- Where did the events you have described take place?

- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached

## IV.  Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

See Attached

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes ✔         No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ✔         No ☐

Do you claim punitive monetary damages?

Yes ✔         No ☐

Case 2:26-cv-04145-SRB    Document 1-2    Filed 06/26/26    Page 5 of 6

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

See Attachment

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk' s Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk' s Office may result in the dismissal of my case.

Date of signing: MAY 19, 2026

Signature of Plaintiff _Dalih Walle_

Printed Name of Plaintiff D.W